**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  Taylor, Edward E. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>  Hooks, Joyce J. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>  None | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>  aka Joyce Taylor |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 0912 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 8241 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  58 E 68TH STREET<br>  CHICAGO, IL 60637 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>  58 E 68TH STREET<br>  CHICAGO, IL 60637 |
| County of Residence or of the<br>Principal Place of Business:  Cook | County of Residence or of the<br>Principal Place of Business:  Cook |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney: Steven A. Leahy, 6273453<br>The Law Office of Steven A. Leahy<br>150 North Michigan Avenue<br>Suite 1100<br>Chicago, Illinois 60601  ph: 312-664-6649 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [✓] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13

**Nature of Debts** (Check one box)
- [✓] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Edward E. Taylor & Joyce J. Hooks |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NORTHERN DISTRICT OF ILLINOIS | Case Number: 04-28869 | Date Filed: 08/04/04 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Edward E. Taylor
Signature of Debtor

X  /s/ Joyce J. Hooks
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

Apr. 1, 2005
Date

**Signature of Attorney**

X  /s/ Steven A. Leahy
Signature of Attorney for Debtor(s)

STEVEN A. LEAHY  6273453
Printed Name of Attorney for Debtor(s)

The Law Office of Steven A. Leahy
Firm Name

150 North Michigan Avenue
Address

Suite 1100    Chicago, Illinois 60601

312-664-6649
Telephone Number

Apr. 1, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  /s/ Steven A. Leahy                 Apr. 1, 2005
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-638 - 31557

ACCREDITED HOME LENDERS
15030 AVENUE OF SC
SAN DIEGO, CA 92128

ARIZONA MAIL ORDER
3740 E 34TH ST
TUCSON, AZ 85713

BLAIR CORPORATION
220 HICKORY ST
WARREN, PA 16366

BUD MARLOW & CO
708 E 47TH ST
CHICAGO, IL 60653

CAPITAL ONE BANK
PO BOX 85520
RICHMOND, VA 23285

CBUSASEARS
8725 W SAHARA AVE
THE LAKES, NV 89163

CFC FINANCIAL LLC
PO BOX 2038
WARREN, MI 48090

CHASE NA
100 DUFFY AVE
HICKSVILLE, NY 11801

CRED PROTECTIONS
ASSOC
1355 NOEL RD SUITE 2100
DALLAS, TX 75240

EQUITY ONE
301 LIPPONCOTT DR
MARLTON, NJ 08053

FASHION BUG/SOANB
745 CENTER ST
MILFORD, OH 45150

FCNB MASTER
TRUST/SERVIC
C/O FNBO
OMAHA, NE 68197

HMS
636 GRAND REGENCY BLVD
BRANDON, FL 33510

LANE BRYANT RETAIL
PO BOX 182121
COLUMBUS, OH 43218

MIDLAND CREDIT MGMT
5775 ROSCOE CT
SAN DIEGO, CA 92123

NATIONWIDE ACCEPTANCE
3435 N CICERO AVE
CHICAGO, IL 60641

NCB/COLS
4653 E MAIN ST
COLUMBUS, OH 43213

NCO FIN/99
PO BOX 41466
PHILADELPHIA, PA 19101

NEWPORT NEWS
101 CROSSWAY PARK WEST
WOODBURY, NY 11797

PEOPLES ENERGY
130 E RANDOLPH
CHICAGO, IL 60601

QVC NETWORK
INC/MBGA
PO BOX 103065
ROSWELL, GA 30076

SCHREIBER & ASSOC P C
65 FLAGSHIP DR
NORTH ANDOVER, MA 01845

SELECT PORTFOLIO SVCIN
PO BOX 65250
SALT LAKE CITY, UT 84165

SHERMAN ACQUISITION
PO BOX 740281
HOUSTON, TX 77274

SUNRISE CREDIT SERVICES
260 AIRPORT PLAZA
FARMINGDALE, NY 11735

VERIZON WIRELESS/GREAT
1515 WOODFIELD RD STE140
SCHAUMBURG, IL 60173

WAL-MART/MBGA
PO BOX 103027
ROSWELL, GA 30076

WFNNB/ASHLEY STEWART
220 W SCHROCK RD
WESTERVILLE, OH 43081

WFNNB/CHADWICKS OF BOS
PO BOX 182746
COLUMBUS, OH 43218

WFNNB/KING SIZES
4590 E BROAD ST
COLUMBUS, OH 43213

WFNNB/LANE BRYANT
4590 E BROAD ST
COLUMBUS, OH 43213

WFNNB/ROAMANS
PO BOX 182121
COLUMBUS, OH 43218

WFNNB/SERVICE MERCH
PR
8035 QUIVIRA RD
LENEXA, KS 66215

WFNNB/VALUE CITY FURNI
PO BOX 182303
COLUMBUS, OH 43218

WFNNB/VICTORIAS SECRET
PO BOX 182128
COLUMBUS, OH 43218