IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Taylor, Edward E | Case Number: 05 B 12402 |
|---|---|---|
| | Hooks, Joyce J | Judge: Goldgar, A. Benjamin |
| | Printed: 02/24/09 | Filed: 4/4/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 13, 2009
Confirmed: May 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,452.00 | |
| Secured: | | 11,001.66 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 794.00 |
| Trustee Fee: | | 656.34 |
| Other Funds: | | 0.00 |
| Totals: | 12,452.00 | 12,452.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Steven A Leahy | Administrative | 794.00 | 794.00 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 4. | Select Portfolio Servicing | Secured | 13,000.00 | 9,932.03 |
| 5. | Household Financial Corporation | Secured | 1,400.00 | 1,069.63 |
| 6. | Illinois Dept of Revenue | Priority | 306.08 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 71.47 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 142.96 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 63.68 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 104.37 | 0.00 |
| 11. | Midwest Verizon Wireless | Unsecured | 28.76 | 0.00 |
| 12. | Capital One | Unsecured | 78.41 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 112.52 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 119.70 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 30.46 | 0.00 |
| 16. | Chase Bank | Unsecured | | No Claim Filed |
| 17. | CB USA | Unsecured | | No Claim Filed |
| 18. | Equity One | Unsecured | | No Claim Filed |
| 19. | Fashion Bug | Unsecured | | No Claim Filed |
| 20. | HMS | Unsecured | | No Claim Filed |
| 21. | Lane Bryant | Unsecured | | No Claim Filed |
| 22. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 23. | Midland Bank | Unsecured | | No Claim Filed |
| 24. | Newport Co | Unsecured | | No Claim Filed |
| 25. | Sunrise CS | Unsecured | | No Claim Filed |
| 26. | Schreiber & Associates | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Taylor, Edward E | Case Number: 05 B 12402 |
|---|---|---|
| | Hooks, Joyce J | Judge: Goldgar, A. Benjamin |
| | Printed: 02/24/09 | Filed: 4/4/05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Arizona Mail Order | Unsecured | | No Claim Filed |
| 28. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 29. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 30. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 16,252.41 | $ 11,795.66 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 30.96 |
| 5.5% | 170.28 |
| 5% | 51.60 |
| 4.8% | 82.57 |
| 5.4% | 204.36 |
| 6.5% | 93.86 |
| 6.6% | 22.71 |
| | $ 656.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: